**13-769-cr / USA v. Trudeau USCA Order**
CA02db Intake   to: CA02db Case_Closing   05/13/2014 04:23 PM
Sent by: Lynn Dobbs

| | |
|---|---|
| From: | CA02db Intake/CA02/02/USCOURTS |
| To: | CA02db Case_Closing/CA02/02/USCOURTS@USCOURTS, |
| Sent by: | Lynn Dobbs/CA02/02/USCOURTS |

----- Forwarded by Lynn Dobbs/CA02/02/USCOURTS on 05/13/2014 04:22 PM -----

| | |
|---|---|
| From: | CMECF@ctd.uscourts.gov |
| To: | CMECF@ctd.uscourts.gov, |
| Date: | 05/09/2014 03:28 PM |
| Subject: | Activity in Case 3:10-cr-00234-JCH USA v. Trudeau USCA Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### United States District Court for the District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 5/9/2014 at 3:27 PM EDT and filed on 4/14/2014

| | |
|---|---|
| **Case Name:** | USA v. Trudeau |
| **Case Number:** | [3:10-cr-00234-JCH](#) |
| **Filer:** | |
| **Document Number:** | [233](#) |

**Docket Text:**
**SUMMARY ORDER of USCA (certified copy) Remanding to District Court soley to consider whether it would have sentenced Trudeau differently if it had understood the statutory maximum sentence was 20 years for each count, as to William A. Trudeau, Jr re [202] Notice of Appeal - Final Judgment (Malone, P.)**

**3:10-cr-00234-JCH-1 Notice has been electronically mailed to:**

Christopher W. Schmeisser     Christopher.Schmeisser@usdoj.gov, USACT.ECF@usdoj.gov, amy.konarski@usdoj.gov, ines.cenatiempo@usdoj.gov

James K. Filan, Jr     jfilan@jamesfilan.com

Ross H. Garber     rgarber@goodwin.com, cbeliveau@goodwin.com, mchase@goodwin.com, sgoldfarb@goodwin.com

Deirdre M. Daly     Deirdre.Daly@USDoj.gov, annmarie.tenero@usdoj.gov

Rahul Kale     Rahul.Kale@usdoj.gov, USACT.ECF@usdoj.gov, sandra.sanchez2@usdoj.gov

**3:10-cr-00234-JCH-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=5/9/2014]
[FileNumber=3816370-0]
[414219f1d0d9d471188a24348fe2beeb0392e3cfb67b4a40207199c34cadd508bf1
b
28aeed73ba5db30ad852bf40200a819f29b5d71849ecf859576585d90563]]