

**SHIPMAN & GOODWIN**LLP®
COUNSELORS AT LAW

Michael G. Chase
Phone: (860) 251-5194
Fax: (860) 251-5219
mchase@goodwin.com

July 10, 2014

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

> Re: Appellant's Notice of Renewed Appeal
> <u>United States of America v. William A. Trudeau, Jr.</u> (No. 13-769)

Dear Ms. O'Hagan Wolfe:

On April 14, 2014, this Court issued its Summary Order in this case, remanding to the District Court to consider "whether it would have sentenced Mr. Trudeau differently if it had understood the statutory maximum sentence was 20 years for each count." (Doc. No. 135) In its Summary Order, the panel advised that it was retaining jurisdiction over any subsequent appeal pursuant to *United States v. Jacobson*, 15 F.3d 19, 22 (2d Cir. 1994), and that "either party may notify the Clerk of a renewed appeal within fourteen days of the district court's decision." Order at 10.

On July 9, 2014, the district court issued its decision after consideration of the issue remanded. Pursuant to this Court's Summary Order, we have filed the attached Notice of Appeal in the District Court, and hereby give notice of Mr. Trudeau's renewed appeal.

Very truly yours,

/s/ Michael G. Chase
Michael G. Chase

# NOTICE OF APPEAL

## United States District Court

_____ District of  Connecticut  _____

Caption:

United States of America  v.

William A. Trudeau, Jr.

Docket No.: 10-cr-234

Hall, J.
(District Court Judge)

Notice is hereby given that the defendant, William A. Trudeau, Jr., appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ✓ Decision after Remand from Second Circuit (specify) entered in this action on July 9, 2014 (date).

This appeal concerns: Conviction only | | Sentence only | | Conviction & Sentence ✓ Other | |

Defendant found guilty by plea | | trial | ✓ | N/A | .

Offense occurred after November 1, 1987?  Yes ✓  No   N/A

Date of sentence: 2/12/2013  N/A

Bail/Jail Disposition: Committed ✓  Not committed |   | N/A |

Appellant is represented by counsel? Yes ✓ | No | | If yes, provide the following information:

Defendant's Counsel: Ross H. Garber

Counsel's Address: Shipman & Goodwin LLP

1 Constitution Plz, Hartford, CT  06103

Counsel's Phone: 860-251-5901

Assistant U.S. Attorney: Rahul Kale

AUSA's Address: 915 Lafayette Blvd.

Bridgeport, CT  06604

AUSA's Phone: 203-696-3000

Ross H. Garber (ct17689)
Signature

## CERTIFICATE OF SERVICE

     I hereby certify that on July 10, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                         /s/ Ross H. Garber
                                         Ross H. Garber (ct17689)

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 10, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                  /s/ Michael G. Chase
                                                    Michael G. Chase